UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETRA CHRISTINA BETER

                Plaintiff,

  -against-

DUANE BAUGHMAN, et al.,

                Defendants.

24-CV-00079 (GHW) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

       The Court received an email communication from Plaintiff, attached as Exhibit A. Plaintiff is reminded that letters must be filed on the docket. The parties are directed to consult my Individual Rules of Practice, available at https://nysd.uscourts.gov/hon-robyn-f-tarnofsky.

DATED:  January 17, 2024
            New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
United States Magistrate Judge