UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETRA CHRISTINA BETER<br><br>               Plaintiff,<br><br>-against-<br><br>DUANE BAUGHMAN, et al.,<br><br>               Defendants. | 24-CV-79 (GHW) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This action is scheduled for a telephonic status conference on, **April 19, 2024 at 1:30 PM**. Counsel for the parties are directed to call my Microsoft Teams conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 426 283 146 #.**

DATED:    April 15, 2024
                 New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge