UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETRA CHRISTINA BETER

              Plaintiff,

-against-

DUANE BAUGHMAN, et al.,

              Defendants.

24-CV-0079 (GHW) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      This case has been referred to me for all purposes, including dispositive motions, and so Defendant Schoen's anticipated motion to dismiss falls within the scope of the reference. His letter (ECF 31) satisfies the Order To Show Cause (ECF 26). My individual rules do not have a pre-motion conference requirement. If Defendant Schoen wishes to move to dismiss, he is directed to file a notice of motion on the docket by **April 17, 2024**; I will treat his pre-motion letter as a memorandum of law in support of that motion, although he may file a formal memorandum of law in support if he chooses, also by **April 17, 2024**. Plaintiff shall file her opposition, if any, by **April 24, 2024**. If Plaintiff files no opposition, I will treat the motion as unopposed and recommend that Judge Woods dismiss the claims against Defendant Schoen. If Plaintiff does oppose the motion, Defendant Schoen may file a reply in further support of his motion to dismiss by **April 26, 2024**. SO ORDERED.

DATED:    April 15, 2024
                New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge