UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETRA CHRISTINA BETER<br><br>　　　　　　Plaintiff,<br><br>　-against-<br><br>DUANE BAUGHMAN, et al.,<br><br>　　　　　　Defendants. | 24-CV-79 (GHW) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　This action is scheduled for a telephonic status conference on, **April 19, 2024 at 1:30 PM**. Counsel for the parties are directed to call my Microsoft Teams conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 212 999 840 #.**

DATED:　　April 15, 2024
　　　　　　New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge