UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETRA CHRISTINA BETER<br><br>　　　　　Plaintiff,<br><br>　-against-<br><br>DUANE BAUGHMAN, et al.,<br><br>　　　　　Defendants. | 24-CV-79 (GHW) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　On April 12, 2024, Defendant Douglas Schoen ("Schoen") filed a letter seeking a pre-motion conference in connection with his anticipated motion to dismiss. (ECF 31.) On April 15, 2024, I issued an Order stating that if Schoen wished to move to dismiss, he should file a notice of motion on the docket and that I would then treat his letter seeking a pre-motion conference as the memorandum of law in support. (ECF 33.) I held a conference om April 19, 2024. (ECF 44.) Schoen filed his notice of motion to dismiss on April 19, 2024. (ECF 45.) At the April 19, 2024 conference, I indicated that Plaintiff would have until April 26, 2024 to oppose the motion. I urged her counsel to consider the strength of the motion when deciding whether to oppose. Plaintiff did not file an opposition to Schoen's motion by April 26, 2024. I am extending that deadline sua sponte until **May 1, 2024**. If Plaintiff does not file an opposition by that date, I will treat Schoen's motion to dismiss as unopposed and issue a report and recommendation that the claims against Schoen be dismissed. SO ORDERED.

DATED:　　April 29, 2024
　　　　　　New York, NY

SO ORDERED

_____
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE