UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETRA CHRISTINA BETER<br><br>　　　　　Plaintiff,<br><br>-against-<br><br>DUANE BAUGHMAN, et al.,<br><br>　　　　　Defendants. | 24-CV-0079 (GHW) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This action is scheduled for a status conference on **May 10, 2024** at **10:00 AM**. Counsel for the parties are directed to call my Microsoft Teams conference line at the scheduled time. **Please dial (646) 453-4442, Access Code: 445 293 463 #.** The parties should be prepared to discuss scheduling in light of Plaintiff's amended complaint.

DATED:　　May 7, 2024
　　　　　　New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge