UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETRA CHRISTINA BETER,<br><br>                Plaintiff,<br><br>  -against-<br><br>DUANE BAUGHMAN, et al.,<br><br>                Defendants. | 24-CV-79 (GHW) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Counsel for Douglas Schoen shall provide an update on his availability for deposition by February 1, 2025. She and counsel for Plaintiff shall meet and confer further on Plaintiff's subpoena for production of documents. The deadline for completion of discovery is extended through February 15, 2025, solely for the purpose of the parties' deposition of Mr. Schoen.

DATED:  September 26, 2024
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge