

**Laura R. Handman**
1301 K Street, NW
Suite 500 East
Washington, DC  20005
202.973.4224 tel
202.973.4499 fax
- and -
1251 Avenue of the Americas
21st Floor
New York, NY 10020
212.489.8230 tel
212.489.8340 fax

laurahandman@dwt.com

September 27, 2024

**VIA ECF**

The Honorable Robyn F. Tarnofsky
United States Magistrate Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 703
New York, New York 10007

**Re:    Order Quashing Subpoena of Non-Party Josh Margolin (ECF No. 101)**
       *Beter v. Baughman, et al.*
       U.S. District Court for the Southern District of New York,
           *Case No. 1:24-cv-00079*

Dear Judge Tarnofsky:

On September 13, 2024, non-party Josh Margolin came before this Court seeking to quash the subpoena to produce documents and the deposition subpoena, served in the above-referenced action on behalf of Plaintiff Petra Beter.  ECF No. 95.  The Court granted Mr. Margolin's motion to quash "insofar as the subpoena seeks discovery concerning (1) the movant's work as a reporter or (b) the 2017 lawsuit."  ECF No. 101.  The Court further ordered that "[t]o the extent the subpoena seeks attorney-client communications around the time of Mr. Margolin's article, Mr. Margolin shall provide a privilege log of all such communications in his possession, custody, or control."  *Id*.

Pursuant to that order, Mr. Margolin has conducted a good-faith search of documents in his possession, custody, and control and did not identify any responsive attorney-client communications around the time of the January 2012 New York Post article at issue.  Therefore, there are no privileged documents to be logged.

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.

September 27, 2024
Page 2


Sincerely,

Laura R. Handman


cc:    Eugenie C. Gavenchak, Esq., News Corp
       Courtney DeThomas, Esq.
       Ian M. Bryson, Esq.
       Jessica Meyers, Esq.
       Katherine Anne Boy Skipsey, Esq.