**DEREK SMITH LAW GROUP, PLLC**
IAN M. BRYSON, ESQUIRE
1 Pennsylvania Plaza, Suite 4905
New York, NY 10119
Direct: (267) 857-0849
Email: ian@dereksmithlaw.com
*Attorneys for Plaintiff, Petra Christina Beter*

**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PETRA CHRISTINA BETER,<br><br>                 Plaintiff,<br><br>v.<br><br>DUANE BAUGHMAN, et al.,<br><br>                 Defendants. | Docket No. 24-cv-00079<br><br>**Notice of Plaintiff's Motion Seal Plaintiff's Petition to Remove Attorneys Eyes Only Designation from Discovery Documents** |

To:    Jessica N. Meyers
        Sheppard Mullin
        30 Rockefeller Plaza
        New York, NY 10112
        JMeyers@sheppardmullin.com
        *Attorneys for Defendant Baughman*

**PLEASE TAKE NOTICE** that Plaintiff, Petra Christina Beter, by and through her undersigned counsel, moves to place Plaintiff's motion to remove attorney's eyes only designation from discovery documents under seal. A proposed form of order is attached.

Dated: October 10, 2024
       New York, New York

                                  */s/ Ian M. Bryson, Esquire*
                                  IAN M. BRYSON, ESQUIRE
                                  *Attorneys for Petra Beter*

**DEREK SMITH LAW GROUP, PLLC**
IAN M. BRYSON, ESQUIRE
1 Pennsylvania Plaza, Suite 4905
New York, NY 10119
Direct: (267) 857-0849
Email: ian@dereksmithlaw.com
*Attorneys for Plaintiff, Petra Christina Beter*

### IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETRA CHRISTINA BETER, <br><br> Plaintiff, <br><br> v. <br><br> DUANE BAUGHMAN, et al., <br><br> Defendants. | Docket No. 24-cv-00079 |

### ORDER GRANTING PLAINTIFF'S MOTION TO SEAL PETITION TO REMOVE ATTORNEYS EYES ONLY DESIGNATION FROM DISCOVERY DOCUMENTS

AND NOW, this __11__ day of ____October____, 2024, upon consideration of the Plaintiff's Motion to Seal Plaintiff's Petition to Remove Attorneys Eyes Only Designation from Discovery Documents, it is hereby ORDERED that the Motion is **GRANTED**. The Clerk's Office is hereby directed to seal and otherwise make confidential the Plaintiff's Petition to Remove Attorneys Eyes Only Designation from Discovery Documents.

BY THE COURT:

SO ORDERED

_____
**ROBYN F. TARNOFSKY**
**UNITED STATES MAGISTRATE JUDGE**

**DEREK SMITH LAW GROUP, PLLC**
IAN M. BRYSON, ESQUIRE
1 Pennsylvania Plaza, Suite 4905
New York, NY 10119
Direct: (267) 857-0849
Email: ian@dereksmithlaw.com
*Attorneys for Plaintiff, Petra Christina Beter*

### IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETRA CHRISTINA BETER, <br><br> Plaintiff, <br><br> v. <br><br> DUANE BAUGHMAN, et al., <br><br> Defendants. | Docket No. 24-cv-00079 |

### MOTION TO SEAL PETITION TO REMOVE ATTORNEYS EYES ONLY DESIGNATION FROM DISCOVERY DOCUMENTS

TO THE HONORABLE JUDGE OF SAID COURT:

1. On August 8, 2024, the Court entered an Order granting Plaintiff's motion to compel discovery and ordered Defendant Baughman to "produce documents relating to his dispute with Mr. Stone on an attorneys eyes only basis." See ECF Doc. No. 71.

2. Plaintiff now seeks to file a motion to remove the attorneys eyes only designation from certain documents produced pursuant to the Court's August 8, 2024 Order.

3. To maintain confidentiality, Plaintiff moves this Honorable Court to direct the Clerk to seal Plaintiff's Motion to remove the attorneys eyes only designation from the aforementioned documents.

WHEREFORE, Plaintiff respectfully requests this Honorable Court grant Plaintiff's motion and place the petition under seal when it is filed.

                                                Respectfully submitted,

                                                **DEREK SMITH LAW GROUP, PLLC**

                                                */s/ Ian M. Bryson, Esquire*
                                                IAN M. BRYSON, ESQUIRE
                                                1 Pennsylvania Plaza, Suite 4905
                                                New York, NY 10119
                                                Direct: (267) 857-0849
                                                ian@dereksmithlaw.com
                                                *Attorneys for Plaintiff*

**DEREK SMITH LAW GROUP, PLLC**
IAN M. BRYSON, ESQUIRE
1 Pennsylvania Plaza, Suite 4905
New York, NY 10119
Direct: (267) 857-0849
Email: ian@dereksmithlaw.com
*Attorneys for Plaintiff, Petra Christina Beter*

**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PETRA CHRISTINA BETER,<br><br>                     Plaintiff,<br><br>    v.<br><br>DUANE BAUGHMAN, et al.,<br><br>                     Defendants. | Docket No. 24-cv-00079<br><br>**Certificate of Service** |

I certify that I filed the aforementioned Motion to Seal on ECF which will serve copies of this motion on all counsel of record.

Respectfully submitted,

**DEREK SMITH LAW GROUP, PLLC**

*/s/ Ian M. Bryson, Esquire*
IAN M. BRYSON, ESQUIRE
1 Pennsylvania Plaza, Suite 4905
New York, NY 10119
Direct: (267) 857-0849
ian@dereksmithlaw.com
*Attorneys for Plaintiff*

Dated: October 10, 2024

**FILED UNDER SEAL**