UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETRA CHRISTINA BETER,

    Plaintiff,

vs.

DUANE BAUGHMAN,

,

    Defendant.

Civil Action No. 24-cv-00079-GHW-RFT

### ORDER GRANTING DEFENDANT DUANE BAUGHMAN'S MOTION TO SEAL HIS OPPOSITION TO PLAINTIFF'S PETITION TO REMOVE ATTORNEYS EYES ONLY DESIGNATION FROM DISCOVERY DOCUMENTS

AND NOW, this __16__ day of ____October____, 2024, upon consideration of Defendant Duane Baughman's Motion to Seal His Opposition to Plaintiff's Petition to Remove Attorneys Eyes Only Designation from Discovery Documents, it is hereby ORDERED that the Motion is **GRANTED**. The Clerk's Office is hereby directed to seal and otherwise make confidential Defendant's Opposition to Plaintiff's Petition to Remove Attorneys Eyes Only Designation from Discovery Documents.

The Clerk of Court is respectfully requested to seal ECF 120 and to terminate ECF 119.

Date: 10/16/2024
New York, NY

SO ORDERED

*[signature]*

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

SMRH:4870-7623-0384.1

-4-