UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Petra Christina Beter,<br><br>               Plaintiff,<br><br>-against-<br><br>Duane Baughman,<br><br>               Defendant. | 24-CV-79 (GHW) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the conference, the parties are to meet and confer on appropriate redactions to the documents from which Plaintiff is seeking to remove the attorneys' eyes only provision. The deadline for all discovery to be complete is extended until December 31, 2024, except that the deposition of Douglas Schoen may be taken before February 28, 2025. The parties shall provide joint updates on the status of discovery on October 31, 2024, November 15, 2023, December 2, 2024, and December 16, 2024.

DATED:  October 18, 2024
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge