UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETRA CHRISTINA BETER<br><br>              Plaintiff,<br><br>-against-<br><br>DUANE BAUGHMAN, et al.,<br><br>              Defendants. | 24-CV-0079 (GHW) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      Pursuant to my order of October 18, 2024, the parties are required to make monthly joint updates on the status of discovery. (*See* ECF 122.) The parties have not filed the update that was due on December 2, 2024. I am sua sponte extending the deadline for the update nunc pro tunc until **December 4, 2024, at 5:00 PM**.

DATED:    December 3, 2024
               New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge