UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PETRA CHRISTINA BETER,

                Plaintiff,

    -against-

DUANE BAUGHMAN,

                Defendant.

---

24cv00079 (GHW) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The discovery deadline in both related cases is extended until **June 16, 2025**.

The settlement conference is rescheduled for **Tuesday, June 24, 2025 at 2:00 p.m,** to be held by video conference. The Courtroom Deputy will send the conference details to counsel. The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **June 17, 2025, at 5:00 p.m**. Corporate parties must send the person with decision-making authority to settle the matter to the conference.

I do not anticipate granting any further extensions of these deadlines.

The Clerk of Court is respectfully requested to grant ECF 179.

DATED:  May 9, 2025
       New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
United States Magistrate Judge