UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Beter,<br><br>　　　　　　　　Plaintiff,<br><br>　-against-<br>Baughman, et al.,<br><br>　　　　　　　　Defendant. | 24cv00079 (GHW) (RFT)<br>24cv08530 (GHW) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　Plaintiff's application, (ECF 190, 24cv79), to submit her response to Bloomberg-Parties' submission by 11:00 AM on June 11, 2025 is granted.

DATED:　June 9, 2025
　　　　　New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge