UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETRA CHRISTINA BETER,<br><br>                      Plaintiff,<br><br> -against-<br>DUANE BAUGHMAN, et al.,<br><br>                      Defendant. | 24cv00079 (GHW) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      Beter's motion to seal (ECF 193) is GRANTED. The letter at ECF 194, which appears in redacted form at ECF 193, is SEALED. See, e.g., Strauss v. Credit Lyonnais, S.A., 2011 WL 4736359, at *3 (E.D.N.Y. Oct. 6, 2011) (explaining that "materials obtained in discovery are not public components of a civil trial [and] were not open to the public at common law" and that "restraints placed on discovered, but not yet admitted, information are not a restriction on a traditionally public source of information").

      The Clerk of Court is respectfully requested to terminate ECF 193.

DATED:  June 12, 2025
              New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge