UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETRA CHRISTINA BETER,<br><br>                Plaintiff,<br><br>-against-<br><br>DUANE BAUGHMAN,<br><br>                Defendant. | 24-CV-00079 (GHW)(RFT)<br><br>24-CV-08530 (GHW)(RFT)<br><br>**RESCHEDULING ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      A settlement conference was scheduled for June 24, 2025. At the parties' request, it is now rescheduled to **Monday, June 30, 2025 at 2:00 p.m,** to be held by video conference. The Courtroom Deputy will send the conference details to counsel. The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **June 23, 2025, at 5:00 p.m**.

      The Clerk of Court is respectfully requested to terminate ECF 202 [24cv79].

DATED:  June 18, 2025
              New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge