UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Petra Christina Beter,<br><br>                    Plaintiff,<br><br> -against-<br>Duane Baughman, et al.,<br><br>                  Defendant. | 24cv79 (GHW) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

       The deadline for completing the remaining Bloomberg-related discovery is extended until July 22, 2025, meaning that all discovery shall be complete by that date. The parties shall inform the Court by letter by August 8, 2025 whether they will be filing any dispositive motions. Any dispositive motions shall be filed by September 1, 2025. If any such motions are made, oppositions shall be filed by October 1, 2025, replies shall be filed by November 15, 2025, and the joint pretrial order shall be filed within 21 days after a decision on any such motions. If no dispositive motions are made, then the joint pretrial order shall be filed by September 1, 2025.

DATED:  July 7, 2025
              New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge