UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETRA CHRISTINA BETER,<br><br>                      Plaintiff,<br><br>  -against-<br>DUANE BAUGHMAN, et al.,<br><br>                      Defendants. | 24cv00079 (GHW) (RFT)<br><br>**ORDER** |
| DUANE BAUGHMAN, et al.,<br><br>                      Plaintiffs,<br><br>  -against-<br>PETRA CHRISTINA BETER, et al.,<br><br>                      Defendants. | 24cv08530 (GHW) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      In light of Beter's anticipated summary judgment motion in the consolidated case of Baughman v. Beter, 24cv08530, the parties' joint pretrial order in both consolidated cases shall be filed within 21 days after a decision on the anticipated summary judgment motion.

DATED: August 13, 2025
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge