UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DUANE BAUGHMAN, KATIE MERRILL, THE BAUGHMAN COMPANY, INC., d/b/a BAUGHMANMERRILL and THE MERRILL STRATEGY GROUP,<br><br>        Plaintiffs,<br>v.<br><br>PETRA CHRISTINA BETER,<br><br>        Defendant. | **Civil Action No.** 1:24-cv-08530-GHW-RFT |
| PETRA CHRISTINA BETER,<br><br>        Plaintiff,<br>v.<br><br>DUANE BAUGHMAN,<br><br>        Defendant. | **Civil Action No.** 1:24-cv-00079-GHW-RFT |

**NOTICE OF JOINT MOTION TO CONSOLIDATE RELATED CASES**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Joint Motion to Consolidate Related Cases, *Baughman, et. al. v. Beter*, No. 1:24-cv-08530-GHW-RFT (S.D.N.Y. June 6, 2023) (the "Defamation Action") and *Beter v. Baughman*, No. 1:24-cv-00079-GHW-RFT (S.D.N.Y. Jan. 5, 2024) (the "ASA Action"), Petra Christina Beter, Duane Baughman, Katie Merrill, The Baughman Company, Inc., d/b/a BaughmanMerrill, and The Merrill Strategy Group hereby move this Court, before the Honorable Gregory H. Woods, United States District Court, Southern District of New York, Daniel Patrick Moynihan United States Courthouse, Courtroom 12C, 500 Pearl Street, New York, NY 10007, for the entry of an Order: (1)

1

consolidating the above-captioned actions, 1:24-cv-08530-GHW-RFT and 1:24-cv-00079-GHW-RFT; and (2) granting such other relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that, because all parties to the above-captioned actions have consented to, and join in, this request, the parties submit that no further notice is necessary and waive any objection deadline.

Dated: November 6, 2025                                          Respectfully submitted,

| | |
|---|---|
| */s/ Bennet J. Moskowitz* <br> Bennet J. Moskowitz, Esq. <br> Mary "Molly" DiRago, Esq. <br> TROUTMAN PEPPER LOCKE LLP <br> 875 Third Avenue <br> New York, NY 10022 <br> Tel.: (212) 704-6087 <br> Fax: (212) 704-8370 <br> Bennet.Moskowitz@troutman.com <br> Molly.DiRago@troutman.com <br><br> *Defamation Action Counsel* <br> *for Petra Christina Beter* <br><br> */s/ Maria Louisa Bianco* <br> Maria Louisa Bianco, Esq. <br> Laurence J. Lebowitz, Esq. <br> Dealy Silberman & Braverman, LLP <br> 225 Broadway, Suite 1240 <br> New York, NY 10007 <br> Tel.: (212) 285-0066 <br> Fax: (212) 385-2117 <br> mbianco@dsblawny.com <br> llebowitz@dsblawny.com <br><br> *Defamation Action Counsel* <br> *for Duane Baughman, Katie Merrill,* <br> *The Baughman Company, Inc., d/b/a* <br> *BaughmanMerrill, and The Merrill* <br> *Strategy Group* <br>         *-and-* <br> *ASA Action Counsel for Duane Baughman* | */s/ Donna Clancy* <br> Donna Clancy, Esq. <br> The Clancy Law Firm, P.C. <br> 40 Wall Street, Floor 25 <br> New York, NY 10005 <br> Tel.: (212) 747-1744 <br> Fax: (646) 692-7229 <br> dhc@dhclancylaw.com <br><br> *ASA Action Counsel* <br> *for Petra Christina Beter* |

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DUANE BAUGHMAN, KATIE MERRILL, THE BAUGHMAN COMPANY, INC., d/b/a BAUGHMANMERRILL and THE MERRILL STRATEGY GROUP,<br><br>   Plaintiffs,<br> v.<br><br>PETRA CHRISTINA BETER,<br><br>   Defendant. | **Civil Action No.** 1:24-cv-08530-GHW-RFT |
| PETRA CHRISTINA BETER,<br><br>   Plaintiff,<br> v.<br><br>DUANE BAUGHMAN,<br><br>   Defendant. | **Civil Action No.** 1:24-cv-00079-GHW-RFT |

## [PROPOSED] ORDER CONSOLIDATING ACTIONS

Upon joint motion, dated November 6, 2025 (the "Consolidation Motion"), filed by all parties, seeking to consolidate the two actions captioned as *Baughman, et. al. v. Beter*, 1:24-cv-08530-GHW-RFT and *Beter v. Baughman*, 1:24-cv-00079-GHW-RFT (together, the "Actions"), pursuant to Federal Rule of Civil Procedure 42(a), it is ORDERED that:

1. The Actions shall be consolidated for all purposes.

2. All pleadings and papers filed in the Actions shall bear the following consolidated caption: *Beter v. Baughman*, 1:24-cv-00079-GHW-RFT, which shall be designated as the "Lead Case" and everything will be docketed there only.

1

2

3. The trial schedule so ordered by this Court on October 23, 2025, shall remain in effect and is not modified.

4. No party's substantive rights shall be prejudiced by this Order.

5. The Clerk is directed to amend the docket to conform with this Order.

SO ORDERED this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE

2