UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/25/2026

---

DUANE BAUGHMAN, KATIE MERRILL,
THE BAUGHMAN COMPANY, INC., d/b/a
BAUGHMANMERRILL and THE MERRILL
STRATEGY GROUP,

                  Plaintiffs,

v.

PETRA CHRISTINA BETER,

                  Defendant.

**Civil Action No.** 1:24-cv-08530-GHW-RFT

---

PETRA CHRISTINA BETER,

                  Plaintiff,

v.

DUANE BAUGHMAN,

                  Defendant.

**Civil Action No.** 1:24-cv-00079-GHW-RFT

---

## ORDER CONSOLIDATING ACTIONS

Upon joint motion, dated November 6, 2025 (the "Consolidation Motion"), filed by all parties, seeking to consolidate the two actions captioned as *Baughman, et. al. v. Beter*, 1:24-cv-08530-GHW-RFT and *Beter v. Baughman*, 1:24-cv-00079-GHW-RFT (together, the "Actions"), pursuant to Federal Rule of Civil Procedure 42(a), it is ORDERED that:

1. The Actions shall be consolidated for all purposes.

2. All pleadings and papers filed in the Actions shall bear the following consolidated caption:

   *Beter v. Baughman*, 1:24-cv-00079-GHW-RFT, which shall be designated as the "Lead Case" and everything will be docketed there only.

1

3. The trial schedule so ordered by this Court on October 23, 2025, shall remain in effect and

   is not modified.

4. No party's substantive rights shall be prejudiced by this Order.

5. The Clerk is directed to amend the docket to conform with this Order, including to
   terminate the motions pending at Dkt. No. 236 in the case captioned 1:24-cv-79 and Dkt.
   No. 181 in the case captioned 1:24-cv-8530.


SO ORDERED this 25 day of January, 2026.


_____
Hon. Gregory H. Woods
UNITED STATES DISTRICT COURT JUDGE

2