USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 11/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PETRA CHRISTINA BETER,

Plaintiff,

-v -

DUANE BAUGHMAN, *et al.*,

Defendants.

---

DUANE BAUGHMAN, *et al.*,

Plaintiffs,

-v -

PETRA CHRISTINA BETER.,

Defendant.

---

1:24-cv-79-GHW-RFT

1:24-cv-8530-GHW-RFT

ORDER

GREGORY H. WOODS, United States District Judge:

On October 30, 2026, the Court denied Ms. Beter's motion to seal, Dkt. No. 270, without prejudice to renewal. Dkt. No. 308. The Court's October 30, 2026 order provided that, should Ms. Beter seek to renew her motion to seal, such a motion should be filed no later than November 6, 2026. *Id.* If Ms. Beter did not renew her motion, the Court directed that she must file unredacted copies of her reply and exhibits, Dkt. Nos. 271 and 272, by the same deadline. Dkt. No. 308.

As of the date of this Order, Ms. Beter has neither filed a renewed motion to seal nor filed unredacted copies of the documents. Accordingly, Ms. Beter is directed to comply with the terms of the Court's October 30, 2026 order forthwith, and in no event later than November 25, 2026.

SO ORDERED.

Dated: November 23, 2026
New York, New York

GREGORY H. WOODS
United States District Judge